IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LARRY YOUNG, JR.,

    Plaintiff,

v.                                                      Civil Action No. **3:23CV301**

ERIK WEAVER, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

On May 31, 2024, the United States Postal Service returned the April 24, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," and "ATTEMPTED – NOT KNOWN." (ECF No. 4.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 17 June 2024
Richmond, Virginia